Alden Banniettis, Esq. (AB-4896)
2972 Avenue X
Brooklyn, New York 11235
718-648-8300
thelawdoc@aol.com / cell 347-226-0166

Counsel for Defts.

| | |
|---|---|
| United States District Court | Docket # |
| Eastern District of New York | CV 12-2423 |

-----------------------------------------------------------------

Allstate Insurance Companies, et al.,

                    Plaintiffs,          **NOTICE OF APPEARANCE**

-against-

Alev Medical Supply, Inc., et. al.,
                    Defendants.

-----------------------------------------------------------------

Defendant, Alev Medical Supply, Inc., appears in this action by counsel, Alden Banniettis, Esqs.

Defendant, by counsel, requests that all correspondence be sent via email, or, when not practical via email, then to the address shown below.

Dated: Brooklyn, New York
       June 28, 2012

                                                Alden Banniettis, Esq.
                                                (AB-4896)
                                                Attorney for Defendants:
                                                Alev Medical Supply, Inc.
                                                2972 Avenue X
                                                Brooklyn, New York 11235
                                                718-648-8300
                                                347-226-0166 [cell]
                                                718-648-8730 [fax]
                                                thelawdoc@aol.com

Stern & Montana, Esqs.
Trinity Centre, 115 Broadway
New York, New York 10006
212-532-8100