UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALLSTATE INSURACE COMPANY, et al,    ORDER
                                     12 CV 2423 (JBW) (CLP)
　　　　　　　　Plaintiffs,

- against -

ALEKSANDR AFANASYEV, et al.,

　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jack B. Weinstein, Senior United States District Judge

　　In the absence of any timely objection to the magistrate judge's order of February 11, 2016, judgment shall be entered as she recommends.

　　Plaintiff shall provide a form of judgment within 10 days.

　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Jack B. Weinstein
　　　　　　　　　　　　　Senior United States District Judge

Dated:　March 18, 2016
　　　　Brooklyn, New York

